Victoria SCHOONMAKER et al., Appellants, v. Dave M. PRICE, Receiver of Great Eastern Oil Company, Inc., Appellee.

No. 12229.

United States Court of Appeals
Fifth Circuit.

March 6, 1950.

John C. Walvoord, Jr., Dallas, Tex., for appellants.

Thos. B. Ramey, Tyler, Tex., William R. Niblack, Tyler, Tex., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

The judgment heretofore entered in this cause is set aside, 177 F.2d 639, and the petition for rehearing is granted. The parties are allowed not to exceed thirty days in which to file further briefs. The briefs need not be printed if they are not over ten pages in length. The appellants' brief shall be filed within fifteen days; the appellee's reply within ten days after receiving appellants' brief; and appellants' reply brief within five days after receiving appellee's brief. Further oral argument is not deemed necessary.

WALLER, Circuit Judge, dissents.

Cavett S. Binion, Asst. U. S. Atty., Fort Worth, Tex., for appellant.

Cecil A. Morgan, Fort Worth, Tex., for appellee.

Before McCORD and WALLER, Circuit Judges, and RICE, District Judge.

RICE, District Judge.

In a proceeding *in rem* against a taxicab used to violate the narcotic laws, under the provisions of Sections 781 to 787, inclusive, Title 49 United States Code Annotated, judgment was rendered returning the taxicab to the claimant, and the United States appeals.

The controlling facts in this case are stipulated and are substantially the same as the facts set forth in the opinion of this court in No. 12,824, United States of America v. M. R. Gramling, d/b/a City Cab Company, Claimant of One 1946 Model Plymouth Sedan Automobile, Motor No. P-15-140476, 180 F.2d 498, rendered this date, wherein this court reversed the judgment of the trial Court. The Findings of Fact and Conclusions of Law filed by the trial Court in No. 12,824, are identical with those filed in this cause, with the exception of the description of the automobile.

Accordingly, by reason of the foregoing opinion, the judgment is reversed and the cause remanded for further and not inconsistent proceedings.

UNITED STATES of America, Appellant, v. M. R. GRAMLING, d/b/a City Cab Company, Claimant of One 1947 Model Plymouth Sedan Automobile, Motor No. P-15-452462, Appellee.

No. 12822.

United States Court of Appeals
Fifth Circuit.

March 9, 1950.

Rehearing Denied April 12, 1950.

UNITED STATES of America, Appellant, v. M. R. GRAMLING, d/b/a City Cab Company, Claimant of One 1947 Model Plymouth Sedan Automobile, Motor No. P-15-471962, Appellee.

No. 12823.

United States Court of Appeals
Fifth Circuit.

March 9, 1950.

Rehearing Denied April 12, 1950.

**578**

Cavett S. Binion, Asst. U. S. Atty., Fort Worth, Tex., for appellant.

Cecil A. Morgan, Fort Worth, Tex., for appellee.

Before McCORD and WALLER, Circuit Judges, and RICE, District Judge.

RICE, District Judge.

In a proceeding *in rem* against a taxicab used to violate the narcotic laws, under the provisions of Sections 781 to 787, inclusive, Title 49 United States Code Annotated, judgment was rendered returning the taxicab to the claimant, and the United States appeals.

The controlling facts in this case are stipulated and are substantially the same as the facts set forth in the opinion of this court in No. 12,824, United States of America v. M. R. Gramling, d/b/a City Cab Company, Claimant of One 1946 Model Plymouth Sedan Automobile, Motor No. P-15-140476, 180 F.2d 498, rendered this date, wherein this court reversed the judgment of the trial Court. The Findings of Fact and Conclusions of Law filed by the trial Court in No. 12,824, are identical with those filed in this cause, with the exception of the description of the automobile.

Accordingly, by reason of the foregoing opinion, the judgment is reversed and the cause remanded for further and not inconsistent proceedings.

J. S. ABERCROMBIE COMPANY, Petitioner, v. NATIONAL LABOR RELATIONS BOARD, Respondent.

No. 12831.

United States Court of Appeals
Fifth Circuit.

March 20, 1950.

Rehearing Denied April 13, 1950.

Fritz L. Lyne, Dallas, Tex., Karl H. Mueller, Fort Worth, Tex., for petitioner.

Marcel Mallet-Prevost, Principal Atty., David P. Findling, Associate General Counsel, A. Norman Somers, Assistant General Counsel, National Labor Relations Bd., Washington, D. C., for respondent.

Before HOLMES, McCORD, and BORAH, Circuit Judges,

PER CURIAM.

The petition to review the order of the Board is denied.

Harold Duane BEAVERS, Appellant, v. W. Frank SMYTH, Superintendent of the State Penitentiary, Richmond, Virginina, Appellee.

No. 6039.

United States Court of Appeals
Fourth Circuit.

Argued March 6, 1950.

Decided March 10, 1950.

Harold Duane Beavers, pro se, on brief.

Henry T. Wickham, Assistant Attorney General of Virginia (J. Lindsay Almond, Jr., Attorney General of Virginia, on brief), for appellee.

Before PARKER, Chief Judge, and SOPER and DOBIE, Circuit Judges.

PER CURIAM.

This appeal is dismissed on the authority of Washington v. Smyth, 4 Cir., 167 F.2d 658, Edmondson v. Swenson, 4 Cir., 165 F. 2d 432, and Bernard v. Brady, 4 Cir., 164 F.2d 881.

Appeal dismissed.